Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 Fax

Attorneys for Plaintiffs
HOMER F. ATKINSON and
MEREDITH ATKINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>HOMER F. ATKINSON and MEREDITH ATKINSON<br>Individual Case No. C 05-5442 CRB | Case No. M 05-CV-1699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER<br><br>STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 05-6311, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs, Homer F. Atkinson and Meredith Atkinson, originally filed in the Central District of California, Case Number CV 05-6311 SJO, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 05-5442 CRB, may be and is hereby dismissed without prejudice.

The parties hereby stipulate that should Plaintiffs ever re-file Plaintiffs' claim, Plaintiffs will only re-file in Federal Court.

The parties shall each bear their own costs.

Dated: August 21, 2006            ROBINSON, CALCAGNIE & ROBINSON

*[signature]*
_____
Mark P. Robinson, Jr., SBN054426
mrobinson@rcrlaw.net
Carlos A. Prietto, III, SBN 166410
cprietto@rcrlaw.net
Ted B. Wacker, SBN 157416
twacker@rcrlaw.net
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

-AND-

Samuel M. Wendt, MO #53573
David Peterson, MO #32229
PETERSON & ASSOCIATES, P.C.
801 West 47th Street, Suite 107
Kansas City, MO 64112-1253
Telephone: (816) 531-4440
Fax: (816) 531-0660

*Counsel for Plaintiffs*
DAVID CHENAULT and THELMA CHENAULT

Dated: August 21, 2006            GORDON & REES

*[signature]*
_____
Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

*Defendants' Liaison Counsel*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Dated: __August 30, 2006__

4                                    HONORABLE CHARLES R. BREYER

